O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CANDACE P. LADEN and RICHARD M. LADEN,<br><br>    Plaintiffs,<br><br> vs.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for HARBORVIEW 2005-16 TRUST FUND, and DOES 1 through 20, Inclusive,<br><br>    Defendants. | CASE NO. CV 12-00173-ODW (CWx)<br><br>ORDER DENYING JOINT STIPULATION [36] |

  The Court has received the parties' January 30, 2013 Joint Stipulation to continue pretrial dates in this matter. (ECF No. 36.) The stipulation is nearly identical to a joint stipulation the parties filed on October 25, 2012. (ECF No. 31.) There, the parties notified the Court that "the loan modification review process is lengthy due to underwriting and bank procedures and may take up to three months." (ECF No. 31, at 1:28–2:1.) As a result, the Court continued the trial date by approximately 90 days, from February 5, 2013, to May 14, 2013. (ECF No. 33.)

/ / /

Now the parties seek an additional 90-day continuance, noting again that "the loan modification review process is lengthy due to underwriting and bank procedures." (ECF No. 36, at 2:7–8.) But the parties fail to explain why the earlier continuance was insufficient, which is particularly troubling in light of their representation that the loan-modification review process "may take up to three months." Indeed, the parties' current request (unlike their October 25 request) doesn't even estimate how much longer the review process could take. The Court therefore finds insufficient cause to continue any dates in this matter at this time. The parties' joint stipulation (ECF No. 36) is therefore **DENIED**.

**IT IS SO ORDERED**.

January 30, 2013

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE