O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CANDACE P. LADEN and RICHARD M. LADEN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for HARBORVIEW 2005-16 TRUST FUND, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 12-00173-ODW (CWx)<br><br>ORDER DENYING JOINT STIPULATION [39] AND ORDERING THE PARTIES TO SHOW CAUSE WHY THIS MATTER HAS NOT SETTLED |

　　　The Court has received the parties' February 5, 2013 Amended Joint Stipulation to continue pretrial dates in this matter for an additional 90 days. (ECF No. 39.) The Court already granted one such continuance on October 26, 2012. (ECF No. 33.) On January 30, 2013, the Court denied a nearly identical stipulation for an additional 90-day continuance, explaining that the parties had "fail[ed] to explain why the earlier continuance was insufficient" and noting that the January 30 request didn't even estimate how much longer the review process could take. (ECF No. 38.) In response, the parties submitted the Amended Stipulation now before the Court. But this Stipulation does not

1

address the Court's concern expressed in its January 30 Order—namely, why the parties need an additional *90* days, as opposed to a shorter period. Nor do the parties explain how much longer the loan-modification process could reasonably take. The Court therefore **DENIES** the parties' Amended Stipulation for failure to establish good cause.

Instead, the Court **ORDERS the parties to show cause** why this matter has not settled. The hearing on this matter will be held on **March 18, 2013, at 1:30 p.m.** All pending trial and pretrial dates in this action are hereby **VACATED** pending the March 18 OSC hearing. The OSC will be vacated prior to March 18 upon the filing of a stipulation of dismissal.

**IT IS SO ORDERED**.

February 5, 2013

_____
HON. OTIS D. WRIGHT, II