O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE P. LADEN and RICHARD M. LADEN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for HARBORVIEW 2005-16 TRUST FUND and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00173-ODW(CWx)<br><br>**JUDGMENT FOR DEFENDANT** |

In light of findings of fact and conclusions of law contained in the Court's April 22, 2013 Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that judgment shall be entered as follows:

1. Plaintiffs Candace Laden and Richard Laden shall take nothing;

2. Judgment for Defendant U.S. Bank National Association, as Trustee for Harborview 2005-16 Trust Fund; and

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 23, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**